**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

BRANDON TYRONE STANMORE, §
§
Plaintiff, §
§
v. § Case No. 6:26-cv-79-JDK-JDL
§
JERRY STANMORE, *et al.*, §
§
Defendants. §

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Brandon Tyrone Stanmore, proceeding pro se, filed this lawsuit pursuant to 42 U.S.C. § 1983 without paying the filing fee when he was an inmate of the Gregg County Jail.  This case was referred to United States Magistrate Judge John D. Love for findings of fact, conclusions of law, and recommendations for the disposition of the action.

On April 30, 2026, Judge Love issued a Report recommending that Plaintiff's lawsuit be dismissed for failure to prosecute because Plaintiff had failed to comply with the Court's order to file a certified copy of his jail trust account statement to support his application for proceed *in forma pauperis*.  Docket No. 8.  A copy of this Report was mailed to Plaintiff, who did not file objections within the period allowed and has taken no further action to prosecute this case.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation.  28 U.S.C. § 636(b)(1).  In conducting a de novo review, the Court

1

examines the entire record and makes an independent assessment under the law. *Alexander v. Verizon Wireless Services, LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

Here, Plaintiff did not object in the prescribed period. The Court therefore reviews Judge Love's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 8) as the findings of this Court. It is therefore **ORDERED** that this case is **DISMISSED** without prejudice for failure to prosecute.

**So ordered and signed on this**

**Jun 15, 2026**

_____

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

2